Harvey I. Saferstein (SBN: 49750)
Nada I. Shamonki (SBN: 205359)
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.
Century Plaza Towers
2029 Century Park East, Suite 1370
Los Angeles, CA 90067
Telephone: (310) 586-3200
Facsimile: (310) 586-3202
Email: hsaferstein@mintz.com; nishamonki@mintz.com

Donald W. Schroeder (*Admitted Pro Hac Vice*)
Katharine O. Beattie (*Admitted Pro Hac Vice*)
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA 02111
Telephone: (617) 542-6000
Facsimile: (617) 542-2241
Email: dwschroeder@mintz.com; kobeattie@mintz.com

Attorneys for Plaintiff
JASON CASANI

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON CASANI, an individual who resides in California,<br><br>Plaintiff,<br><br>v.<br><br>TEKSYSTEMS, INC., a Maryland Corporation doing business in California as MARYLAND TEKSYSTEMS, INC., and ALLEGIS GROUP, INC., a Maryland Corporation,<br><br>Defendants. | Case No. CV08-06972 FMC (JTLx)<br><br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

1

1    Plaintiff JASON CASANI and Defendants TEKSYSTEMS, INC. and

2  ALLEGIS GROUP, INC. (collectively, the "Parties") hereby stipulate to dismiss this

3  action with prejudice in its entirety, pursuant to Federal Rule of Civil Procedure

4  41(a)(1).

5

6  Dated:  March 16, 2009              **MINTZ LEVIN COHN FERRIS**
                                       **GLOVSKY AND POPEO P.C.**
7

8                                      s/ Nada I. Shamonki

9                                      Harvey I. Saferstein
                                       Nada I. Shamonki
10                                     Donald W. Schroeder
                                       (*Admitted Pro Hac Vice*)
11                                     Katharine O. Beattie
                                       (*Admitted Pro Hac Vice*)
12
                                       *Attorneys for Plaintiff*
13                                     *JASON CASANI*

     Dated:  March 16, 2009            **VENABLE LLP**
14

15                                     s/ Douglas C. Emhoff

16                                     Douglas C. Emhoff
                                       Jeffrey M. Tanzer
17
                                       *Attorneys for Defendants*
18                                     *TEKSYSTEMS, INC. and*
                                       *ALLEGIS GROUP, INC.*
19

20

21

22

23

24

25

26

27

28

2

1

## CERTIFICATE OF SERVICE

2      I am a resident of the State of California, over the age of eighteen years, and

3 not a party to the within action.  My business address is 2029 Century Park East,

4 Suite 1370, Los Angeles, California 90067.

5      I hereby certify that on March 16, 2009, the foregoing document(s):

6 **STIPULATION OF DISMISSAL WITH PREJUDICE** were electronically filed

7 with the Clerk of the Court by using the CM /ECF system which will send a notice of

8 electronic filing to all CM/ECF registered parties:

9          Douglas C Emhoff
          Jeffrey M Tanzer
10          Venable
          2049 Century Park East, Suite 2100
11          Los Angeles , CA 90067
          310-229-9900
12          *Email: demhoff@venable.com, jtanzer@venable.com*

13      I declare under penalty of perjury under the laws of the United States of

14 America that the foregoing is true and correct.  Executed on March 16, 2009, at Los

15 Angeles, California.

16

17                              _____

18                              JAZMIN LEON

19

20 4555772v.1

21

22

23

24

25

26

27

28

3